# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Toole, George A. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>10/25/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7-130
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# FINANCIAL DISCLOSURE REPORT

Page 2 of 40

**Name of Person Reporting**

O'Toole, George A.

**Date of Report**

10/25/2016

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|------|-----------------|------------------------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2015 | Self-employed marketing communications consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|--------|-------|----------|---------|------------------------|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 3M Company common | A | Dividend | | | Sold | 04/16/15 | J | C | |
| 2. Abbott Laboratories | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 3. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 4. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 5. Abbvie Inc. | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 6. Absolute Strategies Fund | | None | | | Sold (part) | 04/28/15 | K | A | |
| 7. | | | | | Sold | 05/06/15 | K | A | |
| 8. Acadian Emerging Markets | A | Dividend | | | Sold (part) | 04/13/15 | J | A | |
| 9. | | | | | Sold | 04/28/15 | J | B | |
| 10. Accenture PLC Ireland Cl A | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 11. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 12. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 13. Ace Ltd. | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 14. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 15. Adobe Systems | | None | J | T | Buy | 04/13/15 | J | | |
| 16. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 17. | | | | | Buy (add'l) | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/14/15 | J | | |
| 19. ADT Corp. | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 20. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 21. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 22. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 23. Albemarle Corp. | A | Dividend | | | Buy | 04/13/15 | J | | |
| 24. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 25. | | | | | Sold (part) | 05/01/15 | J | A | |
| 26. | | | | | Sold | 09/01/15 | J | | |
| 27. Allergan | | None | J | T | Buy | 04/13/15 | J | | |
| 28. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 29. Allianz NFJ INtl Value Fund | | None | | | Sold | 01/07/15 | K | A | See Part VIII. note 6. |
| 30. Alphabet Inc. Cl A | | None | J | T | Buy | 04/13/15 | J | | |
| 31. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 32. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 33. Alphabet Inc. Cl C | | None | J | T | Buy | 04/13/15 | J | | |
| 34. | | | | | Buy (add'l) | 04/28/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 36. Altria Group | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 37. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 38. | | | | | Buy (add'l) | 10/15/15 | J | | |
| 39. AMC Networks | | None | J | T | Buy | 04/13/15 | J | | |
| 40. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 41. American Cap World Gr & Inc F2 | A | Dividend | J | T | Buy | 04/27/15 | J | | |
| 42. American Tax Exempt Bd F2 | B | Interest | L | T | Buy | 04/13/15 | L | | |
| 43. Anadarko Petroleum | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 44. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 45. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 46. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 47. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 48. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 49. Anheuser Busch | | None | | | Sold (part) | 04/13/15 | J | B | |
| 50. | | | | | Sold | 04/28/15 | J | B | |
| 51. Apple common | A | Dividend | J | T | Sold (part) | 04/16/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/27/15 | J | D | |
| 53. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 54. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 55. Aspen Manaaged Futures Strategy Fund I (MFBPX) | A | Dividend | | | Sold (part) | 04/08/15 | K | B | |
| 56. | | | | | Sold | 04/27/15 | J | B | |
| 57. AT&T | A | Distribution | J | T | Buy | 05/01/15 | J | | |
| 58. Autodesk Inc. | | None | J | T | Buy | 04/13/15 | J | | |
| 59. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 60. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 61. Automatic Data Processing | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 62. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 63. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 64. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 65. BHP Billiton | A | Dividend | | | Sold (part) | 04/13/15 | J | | |
| 66. | | | | | Sold (part) | 04/27/15 | J | | |
| 67. | | | | | Sold | 05/01/15 | J | | |
| 68. Bank of America deposit accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Biogen | | None | J | T | Buy | 04/13/15 | J | | |
| 70. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 71. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 72. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 73. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 74. Blackrock Equity Dividend (MADVX) | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 75. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 76. | | | | | Sold | 03/10/15 | K | | |
| 77. Blackrock Global Allocation | C | Dividend | K | T | Buy | 04/13/15 | K | | |
| 78. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 79. | | | | | Sold (part) | 12/18/15 | J | | |
| 80. Blackrock Glbl Long/Short (BDMIX) | A | Dividend | J | T | Buy (add'l) | 02/04/15 | J | | |
| 81. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 82. | | | | | Sold (part) | 01/05/15 | J | A | |
| 83. | | | | | Sold | 03/11/15 | J | A | |
| 84. | | | | | Sold (part) | 05/01/15 | K | A | |
| 85. | | | | | Sold (part) | 12/16/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Blackrock High Yield Fund | A | Dividend | K | T | Buy (add'l) | 05/01/15 | K | | |
| 87. Blackrock Low Dur Bd Inv Inst | A | Dividend | K | T | Buy | 04/27/15 | J | | |
| 88. | | | | | Buy (add'l) | 04/28/15 | K | | |
| 89. Blackrock Multi-Asset | A | Dividend | J | T | Buy | 04/27/15 | J | | |
| 90. Blackrock Inc. | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 91. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 92. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 93. Boeing | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 94. Bristol Myers Squibb | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 95. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 96. Broadcom | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 97. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 98. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 99. Buffalo Intl | A | Dividend | | | Sold (part) | 04/08/15 | K | A | |
| 100. | | | | | Sold | 04/23/15 | J | A | |
| 101. C A Inc. | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 102. | | | | | Buy (add'l) | 04/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 104. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 105. Cablevision | A | Distribution | | | Buy | 04/13/15 | J | | |
| 106. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 107. | | | | | Sold | 09/17/15 | J | B | |
| 108. Calamos Market Neutral Inc I | A | Dividend | K | T | Buy | 04/28/15 | K | | |
| 109. Carnival CP New Paired | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 110. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 111. Causeway Intl Value (CIVIX) | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 112. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 113. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 114. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 115. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 116. | | | | | Sold (part) | 03/10/15 | J | | |
| 117. Celgene | | None | J | T | Buy | 04/13/15 | J | | |
| 118. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 119. | | | | | Buy (add'l) | 05/01/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CF Industries common | A | Dividend | J | T | | | | | |
| 121. Center Coast MLP Focus | B | Dividend | K | T | Buy | 04/27/15 | J | | |
| 122. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 123. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 124. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 125. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 126. Chevron common | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 127. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 128. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 129. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 130. Cincinnati Financial Ohio | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 131. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 132. | | | | | Sold (part) | 05/01/15 | J | | |
| 133. Cisco Systems | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 134. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 135. Citrix Systems Inc. | | None | J | T | Buy | 04/13/15 | J | | |
| 136. | | | | | Buy (add'l) | 04/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 138. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 139. | | | | | Sold (part) | 03/10/15 | J | | |
| 140. | | | | | Sold (part) | 05/01/15 | K | B | |
| 141. Clearbridge Aggessive Growth (SAGYX) | A | Dividend | J | T | Buy (add'l) | 01/05/15 | J | | |
| 142. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 143. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 144. | | | | | Sold (part) | 03/10/15 | J | A | |
| 145. | | | | | Sold (part) | 05/01/15 | K | B | |
| 146. Coca Cola Co. | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 147. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 148. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 149. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 150. Cogate Palmolive | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 151. Columbia Acorn Z (ACRNX) | E | Dividend | L | T | Buy (add'l) | 01/05/15 | J | | |
| 152. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 153. | | | | | Buy (add'l) | 03/11/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 155. | | | | | Buy (add'l) | 12/11/15 | K | | |
| 156. | | | | | Sold (part) | 03/10/15 | J | | |
| 157. Comcasst (New) Cl A | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 158. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 159. Communications Sales & Leasing | A | Dividend | J | T | Buy | 04/28/15 | J | | |
| 160. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 161. Conoco Phillips | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 162. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 163. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 164. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 165. Corning | A | Dividend | | | Buy | 04/13/15 | J | | |
| 166. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 167. | | | | | Sold | 10/15/15 | J | | |
| 168. Corrections Corp of America | A | Dividend | | | Buy | 04/13/15 | J | | |
| 169. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 170. | | | | | Sold | 10/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Cree Research | | None | J | T | Buy | 04/13/15 | J | | |
| 172. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 173. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 174. Cullen Frost Bankers | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 175. | | | | | Buy (add'l) | 05/06/15 | J | | |
| 176. CVS Health Corp | A | Dividend | K | T | Buy (add'l) | 05/01/15 | J | | |
| 177. | | | | | Sold (part) | 04/27/15 | J | D | |
| 178. Delaware Value CL Inst | A | Dividend | J | T | | | | | |
| 179. Deutsche X-Trqackers MSCI EAF | B | Dividend | K | T | Buy | 03/10/15 | J | | |
| 180. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 181. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 182. Diageo ADR | A | Dividend | | | Sold | 05/01/15 | J | C | |
| 183. Discover Financial | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 184. Discovery Communications Ser.A | | None | J | T | Buy | 05/12/15 | J | | |
| 185. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 186. Dolby Cl A | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 187. | | | | | Buy (add'l) | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 189. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | | | | | |
| 190. Dominion Resources | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 191. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 192. DoubleLine Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 12/29/15 | J | | See Part VIII, note 3. |
| 193. Driehaus Emrg Mkts | A | Dividend | K | T | | | | | |
| 194. Duke Energy | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 195. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 196. Eaton Vance Floating Rate (EIBLX) | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |
| 197. Eli Lilly | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 198. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 199. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 200. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 201. Enterprise Bank & Trust Co. common | C | Dividend | M | T | | | | | |
| 202. EMC Corp. common | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 203. | | | | | Buy (add'l) | 07/01/15 | J | | |
| 204. Equity Residential SBI | A | Dividend | | | Sold | 04/27/15 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Exxon Mobile common | A | Dividend | J | T | Sold (part) | 04/27/15 | J | | |
| 206. Facebook Cl A | | None | J | T | Buy | 05/14/15 | J | | |
| 207. Factset Research Systems | A | Dividend | | | Buy | 04/13/15 | J | | |
| 208. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 209. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 210. | | | | | Sold (part) | 06/16/15 | J | A | |
| 211. | | | | | Sold (part) | 06/17/15 | J | A | |
| 212. | | | | | Sold (part) | 06/18/15 | J | A | |
| 213. | | | | | Sold (part) | 06/19/15 | J | A | |
| 214. | | | | | Sold | 06/22/15 | J | A | |
| 215. Fastenal | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 216. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 217. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 218. Federated Investors | A | Dividend | | | Buy | 04/13/15 | J | | |
| 219. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 220. | | | | | Sold | 11/06/15 | J | | |
| 221. Fidelity Inst Money Market fund | | | | | Closed | | | | See Part VIII, note 4 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Fidelity National Information Services | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 223. Fluor Corp | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 224. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 225. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 226. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 227. Freeport-McMoran | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 228. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 229. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 230. | | | | | Buy (add'l) | 09/22/15 | J | | |
| 231. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 232. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 233. Franklin Int'l Small Cap Growth Fund | A | Dividend | | | Sold (part) | 04/08/15 | J | | |
| 234. | | | | | Sold | 04/23/15 | J | | |
| 235. Fundvantage TR Polen Grw Inst (POLIX) | | None | | | Buy (add'l) | 01/05/15 | J | | |
| 236. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 237. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 238. | | | | | Sold (part) | 03/10/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 40

**Name of Person Reporting**

O'Toole, George A.

**Date of Report**

10/25/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 05/01/15 | K | C | |
| 240. Gartner Inc. | | None | J | T | Buy | 04/13/15 | J | | |
| 241. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 242. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 243. General Dynamics | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 244. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 245. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 246. General Electric | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 247. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 248. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 249. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 250. General Motors | A | Distribution | J | T | Buy | 05/01/15 | J | | |
| 251. | | | | | Buy (add'l) | 07/29/15 | J | | |
| 252. Goldman Sachs Strat Inc Fd | A | Dividend | | | Sold | 06/02/15 | J | | |
| 253. Guggenheim S&P Global Water ETF | | None | | | Sold | 04/13/15 | J | A | |
| 254. H&R Block | | None | J | T | Buy | 11/06/15 | J | | |
| 255. | | | | | Buy (add'l) | 12/21/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Harding Loevner Intl Equity | A | Dividend | K | T | Buy | 04/28/15 | K | | |
| 257. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 258. Hasbro, Inc. | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 259. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 260. Highland Long/Short Equity Fund | | None | | | Sold (part) | 04/08/15 | J | A | |
| 261. | | | | | Sold | 04/23/15 | J | A | |
| 262. Honeywell | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 263. Immunogen | | None | J | T | Buy | 04/13/15 | J | | |
| 264. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 265. Intel | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 266. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 267. | | | | | Sold (part) | 05/01/15 | J | A | |
| 268. Invesco Premier Inst | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 269. Ionis Pharmaceuticals | | None | J | T | Buy | 04/13/15 | J | | |
| 270. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 271. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 272. | | | | | Buy (add'l) | 11/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. ITC Holdings | A | Dividend | | | Buy | 05/01/15 | J | | |
| 274. | | | | | Sold | 10/28/15 | J | | |
| 275. IQ Hedge Multi-Strat Tracker | | None | K | T | Buy | 05/01/15 | K | | |
| 276. iShares Barclays 1-3 yr Credit Bond Fund | A | Dividend | | | Sold (part) | 04/13/15 | J | A | |
| 277. | | | | | Sold | 05/01/15 | K | A | |
| 278. iShaares Core S&P 500 ETF | B | Dividend | | | Sold (part) | 04/13/15 | K | B | |
| 279. | | | | | Sold (part) | 04/28/15 | L | D | |
| 280. | | | | | Sold | 05/01/15 | L | D | |
| 281. iShares Nasdaq Biotech Fund | A | Dividend | | | Sold (part) | 04/28/15 | J | D | |
| 282. | | | | | Sold | 05/01/15 | J | D | |
| 283. Johnson & Johnson common | A | Dividend | J | T | Buy (add'l) | 07/30/15 | J | | |
| 284. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 285. JP Morgan Chase | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 286. Kinder Morgan | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 287. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 288. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 289. | | | | | Buy (add'l) | 05/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 10/06/15 | J | | |
| 291. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 292. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 293. L-3 Communications Holding | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 294. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 295. Liberty Broadband S-A | | None | J | T | Buy | 04/13/15 | J | | |
| 296. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 297. Liberty Broadband S-C | | None | J | T | Buy | 04/13/15 | J | | |
| 298. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 299. Liberty Interactive QVC A | | None | J | T | Buy | 04/13/15 | J | | |
| 300. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 301. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 302. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 303. Liberty Interactive Ventures Ser. A | | None | J | T | Buy | 04/13/15 | J | | |
| 304. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 305. Liberty Media Ccorp A | | None | J | T | Buy | 04/13/15 | J | | |
| 306. | | | | | Buy (add'l) | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 308. Liberty Media Corp C | | None | J | T | Buy | 04/13/15 | J | | |
| 309. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 310. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 311. Loomis Sayles Core Plus | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |
| 312. Lord Abbett Sht Duration Inc (LDLFX) | A | Dividend | K | T | Buy (add'l) | 02/04/15 | J | | |
| 313. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 314. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 315. | | | | | Sold (part) | 01/05/15 | J | | |
| 316. | | | | | Sold (part) | 03/11/15 | J | | |
| 317. Lowes Companies | A | Distribution | J | T | Buy | 04/13/15 | J | | |
| 318. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 319. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 320. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 321. | | | | | Sold (part) | 08/27/15 | J | | |
| 322. Macy's Inc. | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 323. McCormack & Co. | | None | | | Buy | 05/01/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 07/30/15 | J | A | |
| 325. Mainstay Cushing MLP Premier (CSHZX) | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 326. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 327. | | | | | Sold (part) | 03/10/15 | J | | |
| 328. | | | | | Sold (part) | 03/11/15 | J | | |
| 329. | | | | | Sold | 05/01/15 | J | | |
| 330. Mainstay Marketfield Fund | A | Dividend | | | Sold (part) | 01/06/15 | J | | |
| 331. | | | | | Sold (part) | 04/28/15 | J | | |
| 332. | | | | | Sold | 05/01/15 | J | | |
| 333. Manulife Financial common | A | Dividend | K | T | | | | | |
| 334. Marsh & McLennan | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 335. | | | | | Sold (part) | 06/23/15 | J | A | |
| 336. Mastercaard , Inc. Cl A | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 337. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 338. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 339. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 340. Matthews Asian Growth fund | A | Dividend | | | Sold | 04/23/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  Matthews Pacific Tiger fund | A | Dividend | | | Sold (part) | 04/08/15 | J | B | |
| 342. | | | | | Sold | 04/23/15 | J | A | |
| 343.  Merger Fund | A | Dividend | J | T | | | | | |
| 344.  Medtronic | A | Distribution | J | T | Buy | 04/13/15 | J | | |
| 345. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 346. | | | | | Buy | 07/01/15 | J | | |
| 347.  MetroWest Tot Ret (MWTIX) | C | Dividend | M | T | Buy (add'l) | 01/05/15 | J | | |
| 348. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 349. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 350. | | | | | Buy (add'l) | 04/27/15 | K | | |
| 351. | | | | | Buy (add'l) | 04/28/15 | K | | |
| 352. | | | | | Buy (add'l) | 05/01/15 | K | | |
| 353. | | | | | Sold | 03/11/15 | J | A | |
| 354.  Mettler-Toledo Intl. common | | None | | | | | | | See Part VIII, note 5 |
| 355.  Microsoft common | A | Dividend | J | T | Buy (add'l) | 04/28/15 | J | | |
| 356. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 357. | | | | | Sold (part) | 04/13/15 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 05/18/15 | J | | |
| 359.  Mondelez Intl Inc. | A | Dividend | J | T | Buy | 09/25/15 | J | | |
| 360.  Monsanto New | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 361. | | | | | Buy (add'l) | 06/08/15 | J | | |
| 362.  Morgan Stanley Bank cash/MM account | A | Interest | J | T | | | | | |
| 363.  National Oilwell Varco | A | Dividend | J | T | Buy (add'l) | 05/01/15 | J | | |
| 364. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 365. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 366. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 367. | | | | | Sold (part) | 04/13/15 | J | | |
| 368.  Nestle Spon ADR | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 369. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 370. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 371. | | | | | Buy (add'l) | 08/20/15 | J | | |
| 372.  Newmarket Corp (Holding) | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 373. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 374.  Nextera Energy | A | Dividend | J | T | Buy | 05/01/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Nielsen Holdings PLC | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 376. | | | | | Buy (add'l) | 07/16/15 | J | | |
| 377. Nike Inc. B | A | Dividend | J | T | Buy | 04/28/15 | J | | |
| 378. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 379. | | | | | Buy (add'l) | 05/13/15 | J | | |
| 380. | | | | | Buy (add'l) | 05/14/15 | J | | |
| 381. Norfolk Southern | A | Dividend | J | T | Buy | 09/01/15 | J | | |
| 382. Novo-Nordisk ADR | A | Dividend | J | T | | | | | |
| 383. Now Inc. | | None | J | T | Buy | 04/13/15 | J | | |
| 384. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 385. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 386. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 387. Nuance Communications Inc. | | None | J | T | Buy | 04/13/15 | J | | |
| 388. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 389. Nucor Corp | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 390. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 391. | | | | | Buy (add'l) | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 393. Nuveen Santa Barbara Div Gr I | A | Dividend | J | T | Buy | 03/10/15 | K | | |
| 394. | | | | | Buy (add'l) | 04/27/15 | J | | |
| 395. | | | | | Sold (part) | 05/01/15 | K | A | |
| 396. Oracle Corp | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 397. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 398. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 399. O'Reilly Automotive New | | None | J | T | Buy | 04/13/15 | J | | |
| 400. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 401. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 402. Pall Corp. | A | Dividend | | | Buy | 04/13/15 | J | | |
| 403. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 404. | | | | | Sold (part) | 05/13/15 | J | A | |
| 405. | | | | | Sold (part) | 05/14/15 | J | A | |
| 406. | | | | | Sold (part) | 05/15/15 | J | A | |
| 407. | | | | | Sold | 05/18/15 | J | A | |
| 408. Packaging Corp | A | Dividend | J | T | Buy | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 410. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 411. Paychex, Inc. | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 412. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 413. Parnassus Mid Cap | A | Dividend | J | T | | | | | |
| 414. Pentair | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 415. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 416. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 417. Pepsico common | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 418. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 419. Pfizer Inc. | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 420. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 421. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 422. Phillips 66 | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 423. | | | | | Sold (part) | 08/14/15 | J | A | |
| 424. PIMCO Commodity Real Return Fund | A | Dividend | | | Sold | 12/30/15 | J | | |
| 425. PIMCO Enhanced Short Maturity ETF | | None | | | Sold | 04/28/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Praxair, Inc. common | A | Dividend | J | T | Sold (part) | 04/13/15 | J | C | |
| 427. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 428. Priceline Grp New | | None | J | T | Buy | 04/13/15 | J | | |
| 429. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 430. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 431. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 432. Prudential Jennison Nat Res (PNRZX) | | None | K | T | Buy (add'l) | 01/05/15 | J | | |
| 433. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 434. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 435. | | | | | Buy (add'l) | 03/11/15 | J | | |
| 436. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 437. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 438. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 439. Prudential Sht Duration High Yld (HYSZX) | A | Dividend | | | Buy (add'l) | 01/05/15 | J | | |
| 440. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 441. | | | | | Sold (part) | 03/10/15 | J | | |
| 442. | | | | | Sold (part) | 03/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Sold (part) | 05/01/15 | J | | |
| 444. | | | | | Sold | 05/06/15 | J | | |
| 445. Prudential Short Term Corp Bond Z | A | Distribution | J | T | Buy | 04/27/15 | J | | |
| 446. Qualcomm common | | None | | | Sold (part) | 05/01/15 | J | A | |
| 447. | | | | | Sold | 05/21/15 | J | A | |
| 448. Raytheon common | B | Dividend | | | Sold (part) | 01/06/15 | K | D | |
| 449. | | | | | Sold (part) | 01/07/15 | K | D | |
| 450. | | | | | Sold (part) | 03/20/15 | M | F | |
| 451. | | | | | Sold | 04/08/15 | J | A | |
| 452. Regeneron Pharmaceuticals | | None | J | T | Buy | 04/20/15 | J | | |
| 453. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 454. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 455. Reynolds American | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 456. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 457. Sandisk Corp. | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 458. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 459. | | | | | Buy (add'l) | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 40

Name of Person Reporting

O'Toole, George A.

Date of Report

10/25/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | | Buy (add'l) | 07/09/15 | J | | |
| 461. | | | | | | Buy (add'l) | 08/18/15 | J | | |
| 462. | Schwab Advisor Cash Reserve Fund | A | Interest | J | T | | | | | |
| 463. | Seagate TechnologyPLC | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 464. | | | | | | Buy (add'l) | 05/01/15 | J | | |
| 465. | | | | | | Buy (add'l) | 07/09/15 | J | | |
| 466. | | | | | | Buy (add'l) | 10/20/15 | J | | |
| 467. | | | | | | Buy (add'l) | 11/23/15 | J | | |
| 468. | SPDR Gold Trust | | None | | | Sold (part) | 04/13/15 | J | | |
| 469. | | | | | | Sold (part) | 04/28/15 | J | | |
| 470. | | | | | | Sold | 05/01/15 | J | | |
| 471. | Starbucks Corp | A | Distribution | J | T | Buy | 04/13/15 | J | | |
| 472. | | | | | | Buy (add'l) | 04/28/15 | J | | |
| 473. | | | | | | Buy (add'l) | 05/01/15 | J | | |
| 474. | | | | | | | | | | |
| 475. | | | | | | | | | | |
| 476. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 40

**Name of Person Reporting**

O'Toole, George A.

**Date of Report**

10/25/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Starz Ser. A | | None | J | T | Buy | 04/13/15 | J | | |
| 478. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 479. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 480. Stericycle,Inc. common | | None | J | T | Sold (part) | 05/01/15 | J | C | |
| 481. TE Connectivity | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 482. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 483. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 484. | | | | | Buy (add'l) | 07/22/15 | J | | |
| 485. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 486. Templeton Global Bond Fund (TGBAX) | B | Dividend | | | Sold (part) | 04/13/15 | K | B | |
| 487. | | | | | Sold (part) | 04/28/15 | K | B | |
| 488. | | | | | Sold | 05/01/15 | K | B | |
| 489. The Mosaic Co (Holding Co) | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 490. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 491. | | | | | Buy (add'l) | 06/22/15 | J | | |
| 492. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 493. | | | | | Buy (add'l) | 12/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  Thermo Fisher common | A | Dividend | | | Sold (part) | 04/13/15 | J | C | |
| 495. | | | | | Sold | 05/01/15 | J | B | |
| 496.  Thomas White Intl Fund | | None | | | Sold | 01/07/15 | K | | See Part VIII, note 6. |
| 497.  Thornburg Intl Value Fund | A | Dividend | K | T | Buy (add'l) | 04/13/15 | K | | |
| 498. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 499. | | | | | Sold (part) | 04/28/15 | J | C | |
| 500. | | | | | Sold (part) | 05/01/15 | J | C | |
| 501. | | | | | Sold (part) | 12/08/15 | J | | |
| 502.  Time Warner Cable | A | Dividend | | | Buy | 05/01/15 | J | | |
| 503. | | | | | Sold (part) | 08/17/15 | J | A | |
| 504. | | | | | Sold | 09/10/15 | J | A | |
| 505.  TJX Cos New | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 506. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 507. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 508.  Tortoise Energy Infrastructure Corp. | A | Dividend | | | Sold (part) | 04/13/15 | J | B | |
| 509. | | | | | Sold (part) | 04/28/15 | J | B | |
| 510. | | | | | Sold | 05/01/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Tortoise MLP Fund | A | Dividend | | | Sold (part) | 04/13/15 | J | A | |
| 512. | | | | | Sold (part) | 04/28/15 | J | | |
| 513. | | | | | Sold | 05/01/15 | J | | |
| 514. Twitter Inc. | | None | J | T | Buy | 09/28/15 | J | | |
| 515. | | | | | Buy (add'l) | 09/29/15 | J | | |
| 516. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 517. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 518. | | | | | Buy (add'l) | 12/08/15 | J | | |
| 519. Tyco Intl PLC | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 520. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 521. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 522. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 523. Union Pacific common | A | Dividend | J | T | Buy (add'l) | 07/01/15 | J | | |
| 524. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 525. | | | | | Sold (part) | 04/13/15 | J | C | |
| 526. | | | | | Sold (part) | 04/27/15 | J | C | |
| 527. | | | | | Sold (part) | 05/01/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 40

Name of Person Reporting

O'Toole, George A.

Date of Report

10/25/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. UnitedHealth Group | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 529. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 530. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 531. | | | | | Sold (part) | 08/13/15 | J | A | |
| 532. Van Eck Emrg Mkts | A | Dividend | J | T | | | | | |
| 533. Vanguard Growth Index Fund | A | Dividend | J | T | | | | | |
| 534. Vanguard Long Term Tax Exempt Fund | A | Dividend | | | Sold | 04/08/15 | J | A | |
| 535. Vanguard Short Term Bond ETF | A | Dividend | J | T | Buy | 06/05/15 | J | | |
| 536. Vanguard Short-Term Inv Grade Fund | A | Dividend | | | Sold (part) | 04/08/15 | J | A | |
| 537. | | | | | Sold (part) | 04/23/15 | J | | |
| 538. | | | | | Sold | 04/27/15 | K | A | |
| 539. Verizon Communications common | A | Dividend | J | T | Buy (add'l) | 04/28/15 | J | | |
| 540. | | | | | Sold (part) | 04/13/15 | J | B | |
| 541. | | | | | Sold (part) | 04/27/15 | J | C | |
| 542. Vertex Pharmaceuticals | | None | J | T | Buy | 04/13/15 | J | | |
| 543. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 544. Virtus Insight Emrg Mkts (HIEMX) | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 10/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 546. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 547. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 548. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 549. | | | | | Sold (part) | 03/11/15 | J | A | |
| 550. Visa Inc. Cl A | A | Dividend | J | T | Buy | 04/13/15 | J | | |
| 551. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 552. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 553. Voya Global RE (IGLIX) | A | Dividend | K | T | Buy (add'l) | 01/05/15 | J | | |
| 554. | | | | | Buy (add'l) | 02/04/15 | J | | |
| 555. | | | | | Buy (add'l) | 03/10/15 | J | | |
| 556. | | | | | Sold (part) | 03/11/15 | J | A | |
| 557. Vulcan Value Partners Small Cap Fund | | None | | | Sold | 01/07/15 | K | A | See Part VIII, note 6. |
| 558. Walt Disney Co Holding Co | | None | J | T | Buy | 11/20/15 | J | | |
| 559. WCM Focused Intl Growth | A | Dividend | J | T | | | | | |
| 560. Weatherford Intl | | None | J | T | Buy | 04/13/15 | J | | |
| 561. | | | | | Buy (add'l) | 05/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 563. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 564. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 565. WEC Energy Group Inc. | A | Dividend | J | T | Buy | 09/10/15 | J | | |
| 566. Wells Fargo & Co New | A | Distribution | J | T | Buy | 04/13/15 | J | | |
| 567. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 568. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 569. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 570. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 571. Wells Fargo & Co 6% Series V | A | Dividend | J | T | Buy | 09/22/15 | J | | |
| 572. | | | | | Buy (add'l) | 09/24/15 | J | | |
| 573. Western Digital Corp | | None | J | T | Buy | 11/05/15 | J | | |
| 574. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 575. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 576. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 577. Whirlpool Corp | A | Dividend | J | T | Buy | 05/01/15 | J | | |
| 578. Windstream Holdings | A | Dividend | | | Buy | 05/04/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

O'Toole, George A.

10/25/2016

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold | 06/22/15 | J | | |
| 580. WW Grainger | A | Dividend | | | Buy | 04/13/15 | J | | |
| 581. | | | | | Buy (add'l) | 04/28/15 | J | | |
| 582. | | | | | Buy (add'l) | 05/01/15 | J | | |
| 583. | | | | | Sold | 08/18/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The trust identified in Part I is a family trust. All the assets held in the trust are reported individually in Part VII but are not specifically identified in that Part to the trust.

2. A general observation: As noted in Part VIII of lasst year's report, in December 2014 my wife and I changed investment advisers. The substantial increase in number of holdings and transactions for 2015 is largely attributable to the different approaches of the investment advisers, who have (and had) discretionary authority over our accounts.

3. Last year's report erroneously indicated that the Doubleline Total Return fund had been wholly disposed of. That was true of one account, but it overlooked a second account that held this asset with a value of J. That account had a gain of value A from dividends during 2015.

4. The cash formerly held in the Fidelity account was transferred to the Morgan Stanley Bank account (line 361) with the change of advisers.

5. The Mettler Toledo holding was actually disposed of in 2014, but through an oversight was omitted from the report for that year. The disposition occurred in two transactions on 3/4 /14 and 5/13/14. Both were in value category J, with gain in income category A.

6. As noted above (#2) and in the 2014 report, our change in investment advisers resulted in a substantial realisgnment of investments by disposition of previously held assets and acquisition of new assets not previously held. While some assets were simply transferred, some were sold by the prior adviser and cash was trasnsferred, which the successor adviser then invested in new assets. This occurred mostly at the end of 2014. However, some dispositions by the prior adviser I have now learned also occurred early in January 2015. After investigation, I have learned that the assets reported at lines 29, 496, and 557 of this amended report were sold by the prior adviser on January 7, 2015, and the cash proceeds were transferred to the new adviser.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George A. O'Toole**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544